**Denied and Opinion Filed February 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01170-CV

### IN RE YUJI CHRISTOPHER INOUE, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09928**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Relator Yuji Christopher Inoue filed this petition for a writ of mandamus challenging the trial court's July 24, 2019 order granting real party in interest's motion to strike the section 18.001 counteraffidavit of Robert Nocerini. Entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition for writ of mandamus and mandamus record, we conclude relator has failed to show his remedy by appeal is inadequate. *See In re Jeremiah Parks,* No. 05-19-00375-CV, slip op. at 5 (Tex. App—Dallas Feb. 18, 2020, orig. proceeding) (mem. op.); *In re Flores*, No. 01-19-00484-CV, 2020 WL 425297, at \*1–2 (Tex. App.—Houston [1st Dist.] Jan. 28, 2020, orig. proceeding).

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

_____
BILL PEDERSEN. III
JUSTICE

191170f.p05